Núm. 365.—Peláez, peticionario, *v.* Navarro Ortiz, Juez, dmdado. —Original. Noviembre 24, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Vista la petición y la copia certificada de la minuta de la corte inferior del día 15 de marzo de 1941, que se acompaña, de la que aparece que los abogados del acusado aceptaron que los casos *misdemeanor* quedarían pendientes para ser resueltos cuando se decidiera el caso de asesinato que había pendiente contra el acusado, no ha lugar a expedir el auto de *mandamus* solicitado.